■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHONE LLOYD, Appellant. — Judgment of the Supreme Court, Queens County (Leahy, J.), rendered November 18, 1981, affirmed (see, e.g., *People v De Bour,* 40 NY2d 210). Titone, J. P., Mangano, Brown and Rubin, JJ., concur.